UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 3

| | |
|---|---|
| NUFARM AMERICAS INC., <br><br>                                  Plaintiff, <br><br>           v. <br><br> UNITED STATES, <br><br>                                  Defendant. | **SUMMONS** <br><br> **Court No. 25-00133** |

**TO:**  The International Trade Commission

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the U.S. Department of Commerce's determination described below.

                                                  **/s/ Mario Toscano**
                                                  Clerk of the Court

---

1. Plaintiff, Nufarm Americas, Inc. ("Nufarm") is a U.S. importer of subject merchandise. Nufarm fully participated as an interested party within the meaning of 19 U.S.C. § 1677(9)(A) in the proceeding before the U.S. International Trade Commission (Int'l Trade Comm. May 22, 2025) that resulted in the contested determination. Accordingly, Nufarm has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

   (Name and standing of plaintiff)

2. Plaintiff contests the U.S. International Trade Commission's determination as published in *2,4-Dichlorophenoxyacetic Acid ("2,4-D") From China and India*, Inv. Nos. 701-TA-710-711 and 731-TA-1673-1674 (Final), 90 Fed. Reg. 21,946 (Int'l Trade Comm. May 22, 2025); *2,4-Dichlorophenoxyacetic Acid ("2,4-D") From China and India*, Inv. Nos.

701-TA-710-711 and 731-TA-1673-1674 (Final), USITC Pub 5618 (May 2025); 90 Fed. Reg. 21,946 (Int'l Trade Comm. May 22, 2025); *2,4-Dichlorophenoxyacetic Acid From India and the People's Republic of China: Antidumping Duty Orders*, 90 Fed. Reg. 22,243 (Dept Comm. May 27, 2025); *2,4-Dichlorophenoxyacetic Acid From India and the People's Republic of China: Countervailing Duty Orders*, 90 Fed. Reg. 22,232 (Dept Comm. May 27, 2025).

(Brief description of contested determination)

3. May 16, 2025
   (Date of determination)

4. May 22, 2025 (90 Fed. Reg. 21,946)
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Daniel L. Porter

Daniel L. Porter

Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW
Washington, D.C. 20036
Tel. (202) 663-8140

*Counsel for Plaintiff Nufarm Americas, Inc.*

June 20, 2025

**SERVICE OF SUMMONS BY THE CLERK**

Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
**U.S. DEPARTMENT OF JUSTICE**
Civil Division
26 Federal Plaza
New York, NY 10278


The Honorable Lisa R. Barton
Secretary
**U.S. INTERNATIONAL TRADE COMMISSION**
500 E Street, S.W.
Washington, DC 20436


Supervisory Attorney
Civil Division
Commercial Litigation Branch
**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 480
Ben Franklin Station
Washington, DC 20444


                                                                   **/s/ Mario Toscano**
                                                                   Clerk of the Court